# ⓢ Stamboulieh Law, PLLC

P.O. Box 428, Olive Branch, MS  38654 | (601) 852-3440 | stephen@sdslaw.us

November 23, 2020

ATTN: Disclosure Division, Room 4E.301   *Via Electronic Mail*
99 New York Avenue, NE
Washington, DC 20226
Email: foiamail@atf.gov
Fax: (202) 648-9619

RE: Freedom of Information Act Request

Dear FOIA Officer:

  This is a request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  I represent journalist David Codrea[1] in this request.

  Because the information sought is believed to be with your agency, Mr. Codrea hereby requests the following information:

  On or about October 18, 2018, a handgun disappeared from a car belonging to Robert Hunter Biden, son of Democrat presidential candidate Joe Biden. On Oct. 29, 2020, The Blaze, a national news website, reported the Delaware State Police informed their reporter that the case was referred for a decision on prosecution.

  Mr. Codrea requests copies of law enforcement and administrative reports, communications, correspondence, and work papers, including with internal State of Delaware DOJ,  the Delaware State Police, any local law enforcement and any relevant federal agencies including ATF and the United States Secret Service. This includes any case handling instructions from overseeing administrative authorities and/or agencies that would explain why over two years later, there has still been no public report or explanation as to the way the case has been resolved and why.

  Mr. Codrea is willing to pay up to $100 for the processing of this request.  Mr. Codrea also requests a fee waiver as these materials are greatly in the public interest and because the requested records will be distributed free of charge on the internet and will increase the public's awareness on compliance by a politically connected public figure with state and federal firearms laws. Additionally, because Mr. Codrea would be considered "media", he is entitled to a fee waiver.  *See*

---

[1] David Codrea writes for Ammoland Shooting Sports News.  *See* https://www.ammoland.com/author/david-codrea/.

*Exhibit "A"*

ATF FOIA
November 23, 2020

*Edmonds Inst. v. DOJ*, 460 F. Supp.2d 63, 72 (D.D.C. 2006); *Votehemp, Inc. v. DEA*, 237 F. Supp. 2d 55, 58 (D.D.C. 2002).

  Pursuant to FOIA, Mr. Codrea anticipates your response within 20 (twenty) business days. Should you require additional information, I can be contacted at 601-852-3440 or via email at stephen@sdslaw.us.

             Best regards,

             STEPHEN D. STAMBOULIEH

cc: David Codrea